# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 16, 2011

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| Nos. 08-3967, 08-3981, 08-3988, 08-3989, 08-3990, 10-1046, 10-1049, 10-1056, 10-1058 & 10-1059 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| JOHN W. COSTELLO, not individually, but as Litigation Trustee Under the Comdisco Litigation Trust, *Plaintiff-Appellee*, | Nos. 1:05-cv-767, -740, -764, -746, -736 |
| *v.* | **Robert W. Gettleman**, *Judge*. |
| DEAN PROKOS, et al, *Defendants-Appellants*. | |

**O R D E R**

The petition for panel rehearing, filed November 1, 2010, is hereby **GRANTED** without further submission or argument.

It is **ORDERED** that the panel's opinion and judgment issued October 18, 2010 are **VACATED**.